**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CESAR FABIAN,

Plaintiff,

v.

CVS PHARMACY, INC. and DOES 1 through 100, inclusive,

Defendants.

Case No. 8:26-cv-01753-DOC-ADS

Hon. David O. Carter

**ORDER GRANTING JOINT STIPULATION FOR AN ORDER REMANDING ACTION TO THE STATE COURT [27]**

Trial Date: None Set

The Court, having read and considered the Joint Stipulation, rules as follows:

The above caption is remanded to the Superior Court of the State of California for the County of Orange as Cesar Fabian v. CVS Pharmacy, Inc., Case No. 30-2026-01558007-CU-WT-CJC, in light of the Parties' agreement and stipulation.

Dated: August 10, 2026

David O. Carter

Honorable David O. Carter
United States District Judge

4919-0365-5366.1